UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TERRY COOK, SR. A/K/A TERRY LYNN COOK | CIVIL ACTION NO. 5:14-cv-2840 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| ANGELIC COOK | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** *sua sponte* as frivolous and for failing to state a claim for which relief may be granted.

**The Clerk of Court is directed to send a copy of this judgment to the Keeper of the Three Strikes List.**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 6th day of January, 2015.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE